**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **ANDREW BLASE TORRES,** | **:** | |
| | **:** | |
| **Petitioner,** | **:** | |
| **v.** | **:** | **Case No. 3:25-cv-38-CDL-AGH** |
| | **:** | |
| **WARDEN ANGELA PHAMS,** | **:** | |
| | **:** | |
| **Respondent.** | **:** | |
| _____ | **:** | |

## ORDER

Pending before the Court is a motion filed by *pro se* Petitioner Andrew Blase Torres seeking leave to proceed *in forma pauperis* on appeal (ECF No. 22).  On February 4, 2026, the Court adopted the recommendation of the United States Magistrate Judge and dismissed Petitioner's federal habeas corpus petition.  ECF No. 19 at 1.  In that same Order, the Court adopted the recommendation to deny a certificate of appealability ("COA").  *See id*.  Because this Court has found that Petitioner is not entitled to a COA, his motion to proceed *in forma pauperis* on appeal (ECF No. 22) is **DENIED as moot.**

**SO ORDERED**, this 24th day of February, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA